Form 14x15

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10–20216 RAG     Chapter:   13

Linda E Struble
Debtor(s)

## NOTICE OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 6/18/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, K Horning  301–344–3393

cc:   Debtor(s)
      Attorney for Debtor(s) – Jeffrey M. Sirody
      Chapter 13 Trustee – Gerard R. Vetter
      All Creditors